UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>ARMANDO GONZALEZ, et al.<br><br>    Defendant. | Case No. 21-cv-07553-JSW<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed this disability access action on September 28, 2021. (Dkt. No. 1.) There has been no further action in this case, including a proof of service. Accordingly, by no later than June 3, 2022, Plaintiff is ORDERED TO SHOW CAUSE, in writing, why this action should not be dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b). Failure to timely respond to this Order will result in the dismissal of this action without further notice. The Court also advises Plaintiff that filing a dismissal will not discharge this Order to Show Cause. The Court requires an explanation for the lack of action in this case.

**IT IS SO ORDERED**.

Dated: May 19, 2022

_____
JEFFREY S. WHITE
United States District Judge