CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Elliott Montgomery, Esq., SBN 279451
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
ElliottM@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, <br><br> Plaintiff, <br><br> v. <br><br> **Armando Gonzalez; Carolina Aguilar Torres** <br><br> Defendants. | **Case No**. 4:21-cv-07553-JSW <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> *FRCP 41(a)(1)(A)(i)* |

Please take notice that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice as to all Defendants. No defendant has answered or served a motion for summary judgment.

Dated: June 3, 2022                             CENTER FOR DISABILITY ACCESS

                                                By:   /s/ Elliott Montgomery
                                                      Elliott Montgomery
                                                      Attorneys for Plaintiff

                                                Dated:  June 16, 2022

[Stamp: GRANTED / Judge Jeffrey S. White / United States District Court, Northern District of California]

1